**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Vanessa Armstrong</u>

    v.                                    Civil No. 03-004-JM

<u>James M. O'Mara, Jr., et al.</u>


**ORDER ON NONCONFORMING DOCUMENT
IN ACCORDANCE WITH LOCAL RULE 5.2**


DOCUMENT/FILER:  #17, Partially Opposed Motion to Compel,
                            filed by Defendants

DATE:     August 30, 2004

    The document above fails to comply with:

    LR 5.1(d) Certificate of Service does not comply with
          Local Rule

    Future compliance will be strictly enforced.

    **SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: September 7, 2004

cc:   John A. Curran, Esq.
      Francis G. Murphy, Esq.