**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Vanessa Armstrong, Administratrix of the
Estate of Brian Armstrong and
mother and next friend of Matthias Armstrong

  v.             Civil No. 03-004-JM

James M. O'Mara, Jr., Superintendent, et al.

**MEDIATION REPORT**

  The parties successfully resolved the case at mediation on

January 26, 2005.  An appropriate agreement for entry of judgment

or stipulation for dismissal is to be filed within thirty (30)

days.  LR 41.1.

  **SO ORDERED.**

              _____
              James R. Muirhead
              United States Magistrate Judge

Date:   January 27, 2005

cc:  Francis G. Murphy, Jr., Esq.
   John A. Curran, Esq.
   Christine A. Desmarais-Gordon, Esq.